IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AEROSPACE MANUFACTURING SERVICES, INC., a Colorado Corporation<br><br>    Plaintiff,<br><br>v.<br><br>SABRE DEFENCE INDUSTRIES, LLC, a Tennessee limited liability company,<br><br>    Defendants. | Civil Action No. 3:09-cv-1210<br><br>District Judge Nixon<br><br>Magistrate Judge Brown<br><br>JURY DEMAND |

## NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT AND JOIN JACK CAHN AS PLAINTIFF

**To:** **COUNSEL FOR DEFENDANT SABRE DEFENCE INDUSTRIES, LLC**

**PLEASE TAKE NOTICE** that at Court Room No. 774 in the United States Court House for the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, Tennessee 37203, on a date and time to be determined by the Court herein, or as soon after as counsel can be heard, Aerospace Manufacturing Services, Inc., the above-named plaintiff, will move the court for an order:

1. Joining Jack Cahn as a party plaintiff in the above-entitled action on the ground that he is a party who may be properly joined as a defendant under Fed. R. Civ. P. 19 and 20;

2. Authorizing plaintiff to file in this action, pursuant to Fed. R. Civ. P. 15(a), an amended complaint on the ground that the amended complaint is necessary to enable plaintiff to join a necessary party herein and for that party to assert its claim against Defendant.

The motion will be based on this notice and on all the pleadings and records previously filed with the court in this action together with the memorandum of points and authorities in support of the motion and filed with it.

Dated: June 15, 2010

                                          Respectfully submitted,
                                          WILLIAMS LAW, P.C.

*/s/ David H. Savidge*
David H. Savidge, *Pro Hac Vice* (Colo. Atty. Reg. 36568)
**Attorneys for Movants/Plaintiff**
Williams Law, P.C.
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(720) 214-1861 Tel.
(720) 214-1864 Fax
dhsavidge@gmail.com

Matthew W. McInteer (TN # 022923)
Attorney for Plaintiff
2809 12th Avenue South
Nashville, TN 37204
(615) 852-5212
Fax: (615) 829-8440
matthew@mcinteerlaw.com

2
Case 3:09-cv-01210   Document 15   Filed 06/15/10   Page 2 of 3 PageID #: 47

# CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of June, 2010, a copy of the forgoing Served via ECF and Fist Class U.S. Mail, postage prepaid, to:

Martha L. Boyd, Esq.
Patricia Head Moskal, Esq.
Bradley Arent Boult Cummings LLP
1600 Division Street, Ste 700
PO Box 340025
Nashville, TN 37203

                                      */s/ David Savidge*
                                      David Savidge